UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No. 6:10-bk-19511-KSJ

SUSAN DAWN HARRISON,

    Debtor.
_____/

### DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2 FILED BY TRUSTEE ON BEHALF OF CITIBANK CITI CARDS

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

    Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date set forth on the proof of service attached to this paper plus an additional three (3) days for service. If you object to the relief requested in this paper, you must file your objection/response with Clerk of the Court at the United States Bankruptcy Court, 400 W. Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the Debtor's attorney, DAVID L. WILDMAN, ESQUIRE, Post Office Box 1029, Melbourne, FL 32902, and a copy to the United States Trustee Office, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, within the time allowed.

    If you file and serve an objection/response within the time permitted, the Court will/may schedule a hearing and notify you of a hearing or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file an objection/response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

    Debtor, SUSAN DAWN HARRISON, by and through her undersigned attorney, objects to Proof of Claim No. 2 filed by the Trustee on behalf of CITIBANK CITI CARDS ("Creditor").

A.    <u>Background</u>.

    1. <u>Chapter 7 Case</u>. Debtor filed this Chapter 7 case on October 29, 2010. After the case was closed on March 17, 2011, Debtor notified Trustee of discovery of possible additional assets and the case was reopened on February 27, 2017.

2. <u>Creditor Claim</u>. The Trustee filed proof of claim No. 2 on behalf of Citibank Citi Cards in the amount of $5,978.89 on the basis that the claim is a "credit card", however, no supporting documents were attached to the proof of claim.

3. <u>Basis of Objection</u>. Although Debtor originally listed Citibank Citi Cards on her Schedules as a possible creditor, she now questions whether this is in fact a legitimate creditor entitled to distribution. This creditor has not filed a proof of claim and the proof of claim filed by the Trustee does not contain any supporting documentation. Therefore, the Debtor objects to proof of claim No. 2 filed by the Trustee on behalf of Citibank Citi Cards.

B.   <u>Argument and Legal Authority</u>.

Bankruptcy Code §501 provides in relevant part:

(a)   A creditor or an indenture trustee may file a proof of claim.

( c)   If a creditor does not timely file a proof of such creditor's claim, the debtor or the trustee may file a proof of such claim.

Bankruptcy Rule 3001 provides in relevant part:

(a)   Form and Content. A proof of claim is a written statement setting forth a creditor's claim.

(b)   ....

( c)   Supporting Information.

(1)   Claim Based on a Writing. . . . when a claim, or an interest in property of the debtor securing the claim, is based on a writing, a copy of the writing shall be filed with the proof of claim.

Bankruptcy Rules 3001(f) and 3003(b) provide that a proof of claim properly filed is prima facia evidence of the validity and the amount of the claim, however, once an objector presents evidence to overcome the presumption, the burden of proof shifts to the claimant.

## CERTIFICATE OF SERVICE

I certify that a copy of this Objection has been served on June 28th, 2017: (I) to all "filing users" through the CM/ECF system; and (ii) by first class United States mail, postage prepaid, to: CitiBank Citi Cards, PO Box 6062, Sioux Falls, SD 57117.

DAVID L. WILDMAN, P.A.

By:_____
David L. Wildman, Esq.
Florida Bar No. 207349
Post Office Box 1029
Melbourne, FL 32902
Telephone: (321) 723-1617
Email: dwildmanpa@aol.com