**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                              Case No.   6:10-bk-19511-KSJ

SUSAN DAWN HARRISON,

    Debtor.
_____/

**NOTICE OF PRELIMINARY HEARING**

    NOTICE IS HEREBY GIVEN that a preliminary hearing in this case will be held on **September 18, 2018 at 11:00 A.M.** in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following and transact such other business that may come before the Court:

    *Objection to Claim No. 9 of Federal National Mortgage Association (Fannie Mae) (Doc. No. 77) and Objection to Claim No. 9-2 of Federal National Mortgage Association (Fannie Mae) (Doc. No. 78)*

    The hearing may be continued upon announcement made in open Court without further notice.

    Appropriate Attire.  You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    Avoid delays at Courthouse security checkpoints.  You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding Judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: July 19, 2018

                                             DAVID L. WILDMAN, P.A.

                                         By: _____
                                         DAVID L. WILDMAN, ESQUIRE
                                         Florida Bar No. 207349
                                         Post Office Box 1029
                                         Melbourne, FL 32902
                                         Telephone:  (321) 723-1617
                                         Email: dwildmanpa@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Preliminary Hearing was furnished this 19th day of July, 2018, by Electronic delivery, to:

Marie Henkel, Trustee
Office of the United States Trustee

and by United States Mail, postage prepaid, to:

Joshua M. Liszt, Esquire, 1095 NW Broken Sound Parkway, #100, Boca Raton, FL 33487

Federal National Mortgage Association (Fannie Mae), 5600 Granite Parkway, Plano, TX 75024   ATTN: Kent B. Pearson

Federal National Mortgage Association (Fannie Mae), Active Data Technologies, 1095 Broken South Parkway, Suite 100, Boca Raton, FL 33487   ATTN: Bradford Geisen, CEO

_____
DAVID L. WILDMAN, ESQUIRE