ORDERED.

**Dated:  September 25, 2018**

Karen S. Jennemann
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:                                                    Case No. 6:10-bk-19511-KSJ

SUSAN DAWN HARRISON

    Debtor.

_____/

### AGREED ORDER PARTIALLY SUSTAINING
### DEBTOR'S OBJECTION TO AMENDED PROOF OF CLAIM NO. 9-2 FILED BY
### FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)(DOC. NO. 78)

This case came before the court on September 18, 2018, upon the Debtor's Objection to

Amended Proof of Claim No. 9-2 filed by Federal National Mortgage Association (Fannie Mae)

(Doc. No. 78).  Pursuant to Local Rule 9072-1 ( c), by submission of this order for entry, the

submitting attorney, David L. Wildman, attorney for Debtor, represents that Federal National

Mortgage Association (Fannie Mae), through its attorney Joshua M. Liszt, Esq., consents to the

entry of this order.  Therefore, it is

**ORDERED:**

1.      The Objection is partially sustained.

2.      Federal National Mortgage Association (Fannie Mae) shall receive an amount not greater than $31,402.03 as payment in full of Claim No. 9-2.

Attorney David L. Wildman is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.